# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

JODY FABRIKANT and
RUSSELL A. SCHINDLER

    vs.                              CASE NUMBER: 1:03-CV-1289 DNH / DRH

CHRISTINE FRENCH; WILLIAM DERIDDER; HECTOR L. MEJIAS, JR.; JOHN SPINATO; CATHERINE PALMER-WEMP; WALTER SASSE; CHRISTINA KHULY; DAVID STARK; DIANE STARK; ULSTER COUNTY SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS; BRADLEY KNEE; AVERY SMITH; and LARAINE CALIRI

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that (1) defendants' motion for summary judgment of the federal claims asserted under Causes of Action Two, Four, Five, Six, Eight, Nine, and Ten is GRANTED and these claims are DISMISSED with prejudice; (2) defendants' motion for summary judgment of the state law claims asserted under Causes of Action One, Three, Seven, Eleven, Twelve, Thirteen, and Fourteen is GRANTED and these claims are DISMISSED without prejudice to allow plaintiffs to re-plead such claims in the appropriate state court;

All of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge David N. Hurd, United States District Judge, dated the 13th day of July, 2010.

DATED: July 13, 2010

*Lawrence K. Baerman*
Clerk of Court

    s/

Christine Mergenthaler
Deputy Clerk